IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
            v.                  ) Criminal No. 06-379
                                )
JOHN J. BOWMAN, JR.,            )
        Defendant.              )

ORDER

AND NOW, this 7th day of May, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 5, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, May 18, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(I), the period of time from February 5, 2007 to the entry of defendant's plea shall be deemed excludable delay.

                            BY THE COURT:

                            s/Gary L. Lancaster
                            Gary L. Lancaster,
                            United States District Judge


cc:    Shaun E. Sweeney,
       Assistant United States Attorney

       Thomas R. Ceraso, Esquire
       2300 Freeport Road, Suite 7
       New Kensington, PA 15068

       U.S. Marshal

       U.S. Pretrial Services

       U.S. Probation