IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-379 |
| | ) |
| JOHN J. BOWMAN, JR., | ) |
| Defendant. | ) |

ORDER

AND NOW, this 19th day of July, 2007, IT IS HEREBY ORDERED that the judgment and commitment order, dated May, 2007, is amended as follows:

> "Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc:  Shaun E. Sweeney,
     Assistant United States Attorney

     Thomas R. Ceraso, Esquire
     2300 Freeport Road
     Suite 7
     New Kensington, PA 15068

     United States Marshal

     United States Probation

     United States Bureau of Prisons